IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LIONEL BRADLEY and DOROTHY BRADLEY     PLAINTIFFS

VERSUS     CIVIL ACTION NO. 1:09cv86 LG-RHW

STATE FARM FIRE AND CASUALTY COMPANY     DEFENDANT

## STIPULATION OF DISMISSAL

COME NOW the Plaintiffs, Lionel Bradley and Dorothy Bradley, and John B. Scofield, Jr., on behalf of Caddell and Chapman, counsel for the Plaintiffs, and counsel for Defendant, State Farm Fire and Casualty Company, and after agreement file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the F.R.C.P., and would show this action should be dismissed fully and finally with prejudice as to the Plaintiffs as signified by counsel who have appeared in this action for the parties, with each party to bear their own costs.

SO STIPULATED, this, the 29th day of September, 2009.

                         */s/ Lionel Bradley*
                         LIONEL BRADLEY

                         */s/ Dorothy Bradley*
                         DOROTHY BRADLEY

                         */s/ John B. Scofield, Jr.*
                         JOHN B. SCOFIELD, JR. of Caddell and Chapman,
                         Counsel for Plaintiffs

                         */s/ James H. Heidelbers*
                         JAMES H. HEIDELBERG
                         Counsel for Defendant, State Farm
                         Fire & Casualty Company